EASTMAN KODAK COMPANY, Appellant, v. CLAUDE L. BENHAM, Respondent.— Judgment and order reversed on the law and a new trial granted, with costs to appellant to abide the event, on the authority of *Warner* v. *New York Central R. R. Co.* (52 N. Y. 437). All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

MICHALINA RYBCZYNSKI, Respondent, v. CHICAGO FRATERNAL LIFE ASSOCIATION, Appellant.— Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of FRANK T. SAGE and Others for a Certiorari Order against THOMAS E. BRODERICK and Others, Constituting the Town Board of the Town of Irondequoit, Monroe County, New York.— Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPHINE TALARICO, Respondent, v. GEORGE J. SKINNER, Individually and as Receiver of the Personal Property of TONY TALARICO, etc., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of BUFFALO AND ERIE RAILWAY COMPANY for the Appointment of an Arbitrator or Umpire in the Course of an Arbitration between Said BUFFALO AND ERIE RAILWAY COMPANY and AMALGAMATED RAILWAY EMPLOYEES OF AMERICA, DIVISION No. 592, etc.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JOHN A. NOWAK, Respondent, v. FELIX BIBIK and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Application of FRANCIS T. SHYNE for the Cancellation of a Judgment Obtained in an Action Entitled, Supreme Court, Oneida County. CLARA E. BROWN v. FRANCIS T. SHYNE.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

HARRY W. JONES, Respondent, v. TOWN OF CLARKSON, Appellant. MARY G. F. JONES, Respondent, v. TOWN OF CLARKSON, Appellant.— Appeals dismissed for failure of appellant to comply with the stipulation of the attorneys, dated September 24, 1928. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

WALTER R. BALDING, Respondent, v. ANTONIO M. D'APRILE, Appellant.— Motion to vacate order of dismissal granted, and appeal ordered ready for argument at opening of November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

GENEVA SAVINGS BANK, Respondent, v. HENRY A. REYNOLDS, Appellant. CARLTON A. RAPPLEYEA and Another, as Receiver, etc., Respondents, v. HENRY A. REYNOLDS, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by October twentieth and shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.